255 U.S. 566, 41 S.Ct. 322

**BRITISH COLUMBIA MILLS TUG & BARGE COMPANY, Petitioner, v. A. W. MILROIE.**

No. 664.

Supreme Court of the United States.

Jan. 31, 1921.

For opinion below, see 268 F. 449.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted.